PROB 22
Rev. 2/88

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Ct) 113C 9:02CR80143-1 | DOCKET NUMBER (Rec. Ct) | | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>William G. Fagan III<br>In Custody | DISTRICT<br>Southern Florida | DIVISION<br>Probation | |
| | NAME OF SENTENCING JUDGE<br>The Honorable Donald M. Middlebrooks<br>United States District Judge | | |
| SD/FL PACTS No. 74161 | DATES OF SUPERVISED RELEASE | FROM<br>05/18/2016 | TO<br>09/24/2018 |

OFFENSE: Felon in possession of a firearm.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

**IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. § 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the WESTERN DISTRICT OF TEXAS upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

5/16/16
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS.

**IT IS HEREBY ORDERED** that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-18-16
Effective Date

United States District Judge
XAVIER RODRIGUEZ, U.S. DISTRICT JUDGE